```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HOWARD SCHATZ, et al.,

                                Plaintiffs,                    23-CV-05361 (PAE)(SN)

      -against-                                             **ORDER**

BINARY BITS LLC,

                                Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The October 17, 2023 initial pre-trial conference is adjourned pending further order of the Court.

**SO ORDERED.**

                                                                    _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      October 5, 2023
                 New York, New York