UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HOWARD SCHATZ, et al.,

                               **Plaintiffs,**

      -against-

**BINARY BITS LLC,**

                               **Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/2024

23-CV-05361 (PAE)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

      Pending before the Court is Defendant's motion to dismiss. ECF No. 21. In their briefing, both parties cite to and discuss <u>Petrella v. Metro-Goldwyn-Mayer, Inc.</u>, 572 U.S. 663 (2014), and <u>Sohm v. Scholastic Inc.</u>, 959 F.3d 39 (2d Cir. 2020). Last week, in <u>Warner Chappell Music, Inc. v. Nealy</u>, the Supreme Court clarified <u>Petrella</u>'s holding and overruled <u>Sohm</u>'s holding. By May 24, 2024, Defendant shall file a supplemental letter brief explaining whether the Supreme Court's decision in <u>Nealy</u> affects the arguments raised in the motion to dismiss. Plaintiffs shall file a response by May 31, 2024. The parties' supplemental letter briefs should not exceed three pages.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     May 17, 2024
               New York, New York