UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD SCHATZ and BEVERLY ORNSTEIN,

                          Plaintiffs,

-v-

BINARY BITS LLC d/b/a
FRIENDSEAT.COM,

                          Defendant.

23 Civ. 5361 (PAE) (SN)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs,

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within 30 days of the date of this Order to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any proposed order approving the settlement agreement that seeks the Court's continued jurisdiction should either (1) expressly state that the Court retains jurisdiction to enforce the agreement or (2) incorporate the terms of the settlement agreement in the order.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: September 26, 2024
       New York, New York